CONNECTICUT LIGHT AND POWER COMPANY *v.*
PIONEER FRUIT AND COMMISSION
COMPANY ET AL.
(13267)

DUPONT, C. J., and LANDAU and SCHALLER, Js.

Arged April 26—decision released May 23, 1995

*Duane Totten,* for the appellant (defendant Nicholas A. Lenge).

*Brian L. Smith,* with whom on the brief, was *Giovanna Tiberii Weller,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.